AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2016 AUG 22 ℗ 3: 41

DEPUTY CLERK

United States of America
v.
Joseph Keene

)
)
)    Case No. 2:16·mJ·176·JHR
)
)

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joseph Keene
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Possession with intent to distribute methamphetamine and cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE COPY
ATTEST  Christa K. Berry, Clerk

By:
Deputy Clerk

Date:    08/22/2106    jhr

*Issuing officer's signature*

City and state:    Portland, Maine

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |