# UNITED STATES DISTRICT COURT
### for the
### District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2017 JAN -5 ℗ 2:40

_____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:16-cr-180-DBH |
| JOSEPH KEENE | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date:   _____01/05/2017_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

J. Hilary Billings, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

D. Brock Hornby, U.S. District Judge
*Judge's printed name and title*