UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| United States of America | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Docket No. 2:16-CR-180-001 |
| | ) | |
| Joseph Keene | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action entered on April 12, 2018 has/have been

satisfied and paid in full.

Dated: July 7, 2020

HALSEY B. FRANK
United States Attorney


/s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
207-780-3257
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 7, 2020, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

HALSEY B. FRANK
United States Attorney


<u>/s/ Andrew K. Lizotte</u>
ANDREW K. LIZOTTE
Assistant U.S. Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, Maine 04101
207-780-3257
Andrew.Lizotte@usdoj.gov